McGREGOR W. SCOTT
United States Attorney
ANNE PINGS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2785

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. S-05-0034-LKK |
| Plaintiff, | ) |
| v. | ) ORDER SETTING STATUS DATE |
| | ) AND EXCLUDING TIME |
| LINDA CHANEY, | ) |
| JAY McCASTLE, | ) |
| DAVID TALCOTT USSERY, and | ) |
| ROBERT ROBINSON, | ) |
| Defendants. | ) |

Based upon request of the parties and representations made in open court on June 7, 2005, IT IS HEREBY ORDERED:

This matter is set over for status hearing on July 26, 2005;

The Court finds that the matter is complex and that the defendant's counsel, in particular defendant Ussery's counsel who only recently entered the case, reasonably require additional time to review discovery with their clients and to conduct investigation for effective preparation on behalf of their clients.

The Court further finds that the ends of justice served by granting the defendant's counsel time to diligently prepare outweigh

1  the best interest of the defendant and the public in a speedy trial.
2       Accordingly, the Court orders that time shall be excluded until
3  July 26, 2005, under the Speedy Trial Act, 18 U.S.C. §
4  3161(h)(8)(ii) (T-2 / complexity) and 18 U.S.C. § 3161(h)(8)(iv) (T-
5  4 / preparation of counsel).
6  Dated: June  9, 2005              /s/Lawrence K. Karlton
                                     HON. LAWRENCE K. KARLTON
7                                    UNITED STATES DISTRICT JUDGE