McGREGOR W. SCOTT
United States Attorney
ANNE PINGS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2785

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. S-05-0034-LKK |
| Plaintiff, ) | |
| v. ) | ORDER SETTING STATUS DATE |
| ) | AND EXCLUDING TIME |
| LINDA CHANEY, ) | |
| JAY McCASTLE, ) | |
| DAVID TALCOTT USSERY, and ) | |
| ROBERT ROBINSON, ) | |
| Defendants. ) | |

Based upon request of the parties and representations made in open court on July 26, 2005, IT IS HEREBY ORDERED:

This matter is set over for a motions hearing on October 25, 2005.

The defendants' motions shall be due September 26, 2005, the government's oppositions due October 11, 2005; defendants' reply briefs due October 18, 2005.

The Court finds that the matter is complex in that there are multiple defendants, evidence on tapes that need to be reviewed with incarcerated defendants, and that the defendants' counsel reasonably

require additional time to review discovery with their clients and to conduct investigation for effective preparation of the motions to be filed on behalf of their clients.

The Court further finds that the ends of justice served by granting the defendant's counsel time to diligently prepare motions outweigh the best interest of the defendant and the public in a speedy trial.

Accordingly, the Court orders that time shall be excluded until the filing of motions under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(ii) (T-2 / complexity) and 18 U.S.C. § 3161(h)(8)(iv) (T-4 / preparation of counsel).

Dated: July 26, 2005                /s/ Lawrence K. Karlton
                                    HON. LAWRENCE K. KARLTON
                                    UNITED STATES DISTRICT JUDGE