Tim Warriner (SB#166128)
Attorney at Law
1725 Capitol Ave.
Sacramento, CA 95814
(916) 443-7141
FAX: (916) 448-5346

Attorney for Defendant,
JAY BRIAN McCASTLE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR S 05-0034 LKK |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | RE EXCLUDABLE TIME AND |
| v. ) | MODIFICATION OF PRETRIAL |
| ) | MOTION SCHEDULE |
| JAY BRIAN McCASTLE, DAVID ) | |
| TALCOTT USSERY, ROBERT ) | |
| ROBINSON and LINDA ANN CHANEY, ) | Date: November 15, 2005 |
| ) | Time: 9:30 a.m. |
| Defendants. ) | Court: Honorable Lawrence K. Karlton, |
| ) | United States Senior District Court Judge |

The parties hereby stipulate to the following:

1. This matter is now set for hearing on motions on **November 15, 2005, at 9:30 a.m.** Counsel for Jay McCastle has filed several motions scheduled for hearing which have been joined in by counsel for defendant Ussery. Counsel for Mr. Ussery has filed a motion to dismiss which has been joined in by defendant McCastle.

2. The parties herein are attempting to resolve this matter by way of plea, and additional time is needed in order to engage in plea negotiations, and to discuss possible pleas with the defendants. Additionally, the government requests additional time to respond to the defense motions filed. Therefore, it is requested that the motion hearing date be deemed a status conference, and that motions not be heard on that date. It is anticipated that, if

necessary, a subsequent motion hearing date and briefing schedule will be discussed at the November 15, 2005 status conference.  The government shall have no obligation to respond to the motions filed pending modification of the motion hearing date and briefing schedule.

3. The parties stipulate, and the court is requested to order, that time continued to be excluded pursuant to Local Code E, 18 U.S.C. 3161(h)(1)(F), as motions are pending, and pursuant to Local Code T4, 18 U.S.C. 3161(h)(8)(B)(iv), for preparation of counsel.

DATED: November 3, 2005        /s/ Tim Warriner, Attorney for defendant,
                               JAY BRIAN McCASTLE

DATED: November 3, 2005        /s/ James Ralph Greiner, Attorney for defendant,
                               DAVID TALCOTT USSERY

DATED: November 3, 2005        /s/ Christopher Haydn-Meyer, Attorney for defendant,
                               ROBERT ROBINSON

DATED: November 3, 2005        /s/ Jan David Karowsky, Attorney for defendant,
                               LINDA ANN CHANEY

DATED: November 3, 2005        /s/ Anne Pings, Assistant United States Attorney,
                               Attorney for the Government

## ORDER

GOOD CAUSE APPEARING, it is hereby ordered that the November 15, 2005 motion hearing date be vacated and that the matter instead be set for status conference on that date.  It is further ordered that time continue to be excluded pursuant to Local Code E, 18 U.S.C. 3161(h)(1)(F), as motions are now pending, and for preparation of counsel pursuant to Local Code T4, 18 U.S.C. 3161(h)(8)(B)(iv).

DATED: November 3, 2005        /s/ Lawrence K. Karlton
                               HONORABLE LAWRENCE K. KARLTON
                               Senior, UNITED STATES DISTRICT JUDGE