McGREGOR W. SCOTT
United States Attorney
ANNE PINGS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2785

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. S-05-0034-LKK |
| Plaintiff, | ) |
| v. | ) ORDER SETTING STATUS DATE |
| | ) AND EXCLUDING TIME |
| LINDA CHANEY, | ) |
| JAY McCASTLE, | ) |
| DAVID TALCOTT USSERY, and | ) |
| ROBERT ROBINSON, | ) |
| Defendants. | ) |

Based upon request of the parties and representations made in open court on November 15, 2005, IT IS HEREBY ORDERED:

This matter is set over for a motions hearing on December 13, 2005.

The government's oppositions to the defendants' previously-filed motions shall be filed November 29; defendants' reply briefs due December 6, 2005.

The Court finds that the matter is complex in that there are multiple defendants, evidence that needs to be reviewed with incarcerated defendants, and that the defendants' counsel reasonably

1  require additional time to review discovery with their clients and
2
3  to conduct investigation for effective preparation for the motions
4  hearings and to make informed decisions regarding resolution of the
5  case.
6      The Court further finds that the ends of justice served by
7  granting the defendant's counsel time to diligently investigate and
8  prepare outweigh the interest of the defendant and the public in a
9  speedy trial.
10      Accordingly, the Court orders that time shall be excluded until
11 December 13, 2005 under the Speedy Trial Act, 18 U.S.C. §
12 3161(h)(8)(iv) (T-4 / preparation and continuity of counsel).
13
14 Date: November 18, 2005

                           /s/ Lawrence K. Karlton
                           HONORABLE LAWRENCE K. KARLTON
                           SENIOR DISTRICT COURT JUDGE