1  McGREGOR W. SCOTT
   United States Attorney
2  ANNE PINGS
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2785

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CR. NO. S-05-0034-LKK |
|---|---|
| Plaintiff, | ) |
| v. | ) ORDER SETTING FURTHER DATES |
| | ) AND EXCLUDING TIME |
| LINDA CHANEY, | ) UNDER THE SPEEDY TRIAL ACT |
| JAY McCASTLE, | ) |
| DAVID TALCOTT USSERY, and | ) |
| ROBERT ROBINSON, | ) |
| Defendants. | ) |

Based upon request of the parties and representations made in open court on December 20, 2005, IT IS HEREBY ORDERED:

This matter is set over for a further motions hearing on February 22, 2005.

The government shall file any opposition to the any further motions of the defendants by February 7, 2006; the defendants shall file any replies by February 14, 2006.

The Court finds that the defendants' counsel reasonably require additional time to review recently provided additional discovery with their clients and to conduct investigation for effective

preparation of any additional motions to be filed on behalf of their clients.

The Court further finds that the ends of justice served by granting the defendant's counsel time to diligently prepare motions outweigh the best interest of the defendant and the public in a speedy trial.

Accordingly, the Court orders that time shall be excluded until February 22, 2006, under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(iv) (T-4 / preparation of counsel).  In addition, time should be excluded from the computation of the Speedy Trial Act due to the pendency of previously filed motions upon which the Court had not yet ruled pending further development such as an anticipated superseding indictment and given counsels' request to supplement at least one of those motions if necessary. 18 U.S.C. § 3161(h)(1)(E).

Trial Confirmation shall occur on February 22, 2006; Trial shall commence March 16, 2006.


Dated: December 20, 2005              /s/ Lawrence K. Karlton
                                      HON. LAWRENCE K. KARLTON
                                      UNITED STATES DISTRICT JUDGE