McGREGOR W. SCOTT
United States Attorney
ANNE PINGS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2785

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JAY McCASTLE, and <br> DAVID TALCOTT USSERY, <br><br> Defendants. | CR. NO. S-05-0034-LKK <br><br> ORDER SETTING TRIAL SCHEDULE <br> AND EXCLUDING TIME |

    Based upon request of the parties and representations made in open court on February 22, 2006, IT IS HEREBY ORDERED:

    This matter is set over for a trial confirmation hearing on March 28, 2006, with trial commencing April 12, 2006.

    The Court finds that the defendants' counsel reasonably require additional time to review discovery with their clients and to conduct investigation for effective preparation for trial.

    The Court further finds that the ends of justice served by granting the defendant's counsel time to diligently investigate and prepare outweigh the interest of the defendant and the public in a

1 speedy trial.
2 The motion regarding the photographic identification made by a
3 confidential informant will be heard immediately prior to trial.
4 The motion regarding the issue of the potential duplicity in the
5 indictment will be held in abeyance until such time as the
6 government obtains a superseding indictment which they state they
7 intend to seek to add charges and clarify the charges against the
8 two remaining defendants going to trial.
9     Accordingly, the Court orders that time shall be excluded until
10 April 12, 2005 under the Speedy Trial Act, 18 U.S.C. §
11 3161(h)(8)(iv) (T-4 / preparation and continuity of counsel).
12
13
14 Dated: March 7, 2006          /s/ Lawrence K. Karlton
                                 HONORABLE LAWRENCE K. KARLTON
15                               UNITED STATES DISTRICT COURT JUDGE
16
17
18
19
20
21
22
23
24
25
26
27