1  Tim Warriner (SB#166128)
   Attorney at Law
2  1725 Capitol Ave.
   Sacramento, CA 95814
3  (916) 443-7141
   FAX: (916) 448-5346
4
   Attorney for Defendant,
5  JAY BRIAN McCASTLE

6

7
                    IN THE UNITED STATES DISTRICT COURT
8
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10
   UNITED STATES OF AMERICA,       )      No. CR S 05-0034 LKK
11                                 )
             Plaintiff,            )      STIPULATION AND ORDER
12                                 )      CONTINUING DATE FOR JUDGMENT
        v.                         )      AND SENTENCING
13                                 )
   JAY BRIAN McCASTLE and DAVID    )
14 TALCOTT USSERY,                 )
                                   )      Date:  July 18, 2006
15                                 )      Time:  9:30 a.m.
             Defendants.           )      Court: Honorable Lawrence K. Karlton,
16 _____ )      United States Senior District Court Judge

17  The parties hereby stipulate to the following:

18  1.   This matter is now set for judgment and sentencing on July 18, 2006, at 9:30 a.m..  In

19       order to afford defense counsel additional time to prepare materials relevant to

20       sentencing, all parties stipulate that the date for judgment and sentencing be continued to

21       **August 29, 2006, at 9:30 a.m.**, and that the August 18, 2006 date be vacated.

22

23  DATED: July 12, 2006            /s/ Tim Warriner, Attorney for defendant,
                                    JAY BRIAN McCASTLE
24
    DATED: July 12, 2006            /s/ James Ralph Greiner, Attorney for defendant,
25                                  DAVID TALCOTT USSERY

26  DATED: July 12, 2006            /s/ Anne Pings, Assistant United States Attorney,
                                    Attorney for the Government
27

28                                         1

1
2
3                                          ORDER
4       GOOD CAUSE APPEARING, it is hereby ordered that the July 18, 2006 judgment and
5  sentencing date be vacated and that the matter instead be set for judgment and sentencing on
6  August 29, 2006.
7
8  DATED: July 13, 2006                    _____
                                            LAWRENCE K. KARLTON
9                                           SENIOR JUDGE
                                            UNITED STATES DISTRICT COURT