1  **JAMES R. GREINER, ESQ.**
   CALIFORNIA STATE BAR NUMBER 123357
2  **LAW OFFICES OF JAMES R. GREINER**
   555 UNIVERSITY AVENUE, SUITE 290
3  SACRAMENTO, CALIFORNIA 95825
   TELEPHONE:(916) 649-2006
4  FAX: (916) 920-7951

5  ATTORNEY FOR DEFENDANT
   DAVID T. USSERY

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           ) | CR.-S-05-0034 |
| PLAINTIFF,                          ) | STIPULATION AND |
|                                     ) | ORDER TO CONTINUE JUDGMENT |
| v.                                  ) | AND SENTENCE TO |
|                                     ) | SEPTEMBER 12, 2006 |
| JAY BRIAN McCASTLE and              ) | |
| DAVID TALCOTT USSERY,               ) | |
|                                     ) | |
| DEFENDANT.                          ) | |
| _____) | |

## AGREEMENT AND STIPULATION

The United States of America, represented by the United States Attorney for the Eastern District of California, by Assistant United States Attorney, Ms. Anne Pings, and the defendants, JAY BRIAN McCASTLE, represented by Mr. Tim Warriner, and DAVID T. USSERY, represented by Mr. James R. Greiner, hereby agree and stipulate that the Judgment and Sentencing of this matter may be continued from Tuesday, August 29, 2006, to Tuesday, September 12, 2006, at 9:30 a.m. in courtroom number 4, on the 15th floor of the United States Courthouse, 501 I Street, before the Honorable Senior United States District Court Chief Judge Emeritus, Lawrence K. Karlton. The Tuesday, August 29, 2006, date may be vacated.

1

1     Counsel checked with the Court's courtroom deputy clerk for the available date
2 prior to filing the stipulation and proposed Order, and the date was cleared by the
3 Court's courtroom deputy clerk.
4     It is so agreed and stipulated.

5                                    McGregor W. Scott
                                     Untied States Attorney
6 DATED: 8-18-06

7                                    /s/ Anne Pings (authorized by in person authorization)
8                                    _____
                                   Ms. Anne Pings
9                                    Assistant United States Attorney

10 DATED: 8-18-06
11                                   /s/ Tim Warriner (authorized by in authorization)

12                                   _____
                                   Tim Warriner
13                                    Attorney for Jay Brian McCastle

14 DATED: 8-18-06

15                                   /s/ James R. Greiner
16                                   _____
                                   James R. Greiner
17                                    Attorney for David T. Ussery

18
19           **GOOD CAUSE APPEARING, IT IS SO ORDERED.**

20
21 DATED: August 23, 2006           _____
22                                    LAWRENCE K. KARLTON
                                   SENIOR JUDGE
23                                    UNITED STATES DISTRICT COURT

24
25
26
27
28