UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff/Appellee,

  v.

DAVID T. USSERY,

        Defendant/Appellant.
_____/

NO. CR. S-05-034 LKK

O R D E R

The court is in receipt of appellant's pro se request for appointment of new appellate counsel. Appellant's letter was served on this court and the Ninth Circuit, where appellant's case is presently pending appeal. The Ninth Circuit responded to appellant's letter on February 2, 2007. (See Ninth Circuit Docket # 06-10581). In light of the fact that this case is now before the Circuit and that the Circuit has already responded to appellant's letter, this court will refrain from taking any action.

////

////

1    IT IS SO ORDERED.

2    DATED: February 22, 2007.

3

4

5                          _____
                           LAWRENCE K. KARLTON
                           SENIOR JUDGE
6                          UNITED STATES DISTRICT COURT

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26