DANIEL J. BRODERICK, Bar #89424
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
DAVID TALCOTT USSERY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. Cr. S 05-34 LKK |
| Plaintiff, ) | **REQUEST FOR SCHEDULING ORDER; ORDER** |
| v. ) | |
| DAVID TALCOTT USSERY, ) | **RETROACTIVE CRACK COCAINE REDUCTION CASE** |
| Defendant. ) | |

Defendant DAVID TALCOTT USSERY, by and through his attorney, Assistant Federal Defender David M. Porter, hereby requests the Court issue the order lodged herewith setting a briefing schedule in conjunction with the filing of an amended motion to reduce sentence pursuant to 18 U.S.C. § 3582(c)(2). Counsel for plaintiff, Assistant U.S. Attorney Anne E. Pings, graciously indicated that she has no

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1 objection to the proposed schedule.

2 Dated: April 9, 2008

3                               Respectfully submitted,

4                               DANIEL J. BRODERICK
                              Federal Defender

5

6                               /s/ *David M. Porter*
                              DAVID M. PORTER

7                               Assistant Federal Defender

8                               Attorney for Movant
                              DAVID TALCOTT USSERY

9

10                               O R D E R

11     For the reasons set forth above, and good cause appearing

12 therefor, the Court sets the following schedule:

13     Amended Motion:        Due April 29, 2008

14     Government Response:   Due May 13, 2008

15     Reply:                 Due May 20, 2008

16     Hearing:              June 3, 2008 at 9:30 a.m.

17     IT IS SO ORDERED.

18 Dated: April 14, 2008

19

20

21                               LAWRENCE K. KARLTON

22                               SENIOR JUDGE
                              UNITED STATES DISTRICT COURT

23

24

25

26

27

28

REQUEST FOR SCHEDULING ORDER
                              -2-