```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  DAVID M. PORTER, Bar #127024
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    DAVID TALCOTT USSERY
 6
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. Cr. S 05-34 LKK |
|---|---|
| Plaintiff, | ) **REQUEST TO MODIFY SCHEDULING ORDER; ORDER** |
| v. | ) |
| DAVID TALCOTT USSERY, | ) **RETROACTIVE CRACK COCAINE REDUCTION CASE** |
| Defendant. | ) |

Defendant DAVID TALCOTT USSERY, by and through his attorney, Assistant Federal Defender David M. Porter, hereby requests the Court issue the order lodged herewith modifying the briefing schedule in conjunction with the filing of an amended motion to reduce sentence pursuant to 18 U.S.C. § 3582(c)(2), to permit counsel to review the sentencing transcript and the defendant's prison disciplinary records. Counsel for plaintiff, Assistant U.S. Attorney Anne E. Pings, graciously indicated that she has no objection to the proposed

/ / /

/ / /

/ / /

/ / /

1  schedule.

2  Dated:  April 29, 2008

3                                  Respectfully submitted,

4                                  DANIEL J. BRODERICK
                                   Federal Defender

6                                  ___/s/ *David M. Porter*___
                                   DAVID M. PORTER
7                                  Assistant Federal Defender

8                                  Attorney for Movant
                                   DAVID TALCOTT USSERY

10                                O R D E R

11      For the reasons set forth above, and good cause appearing

12  therefor, the Court modifies the following schedule as follows:

13      Amended Motion:          Due May 6, 2008

14      Government Response:     Due May 20, 2008

15      Reply:                   Due May 27, 2008

16      Hearing:                 June 3, 2008

17      IT IS SO ORDERED.

18  Dated: May 1, 2008

                                   _____
20                                 LAWRENCE K. KARLTON
                                   SENIOR JUDGE
21                                 UNITED STATES DISTRICT COURT

REQUEST TO MODIFY SCHEDULING ORDER
                                -2-