DANIEL J. BRODERICK, Bar #89424
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
DAVID TALCOTT USSERY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. Cr. S 05-34 LKK |
| ) | |
| Plaintiff, ) | **REQUEST TO MODIFY SCHEDULING** |
| ) | **ORDER; ORDER** |
| v. ) | |
| ) | **RETROACTIVE CRACK COCAINE** |
| DAVID TALCOTT USSERY, ) | **REDUCTION CASE** |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

　　　　Defendant DAVID TALCOTT USSERY, by and through his attorney, Assistant Federal Defender David M. Porter, hereby requests the Court issue the order lodged herewith modifying the briefing schedule in conjunction with the filing of an amended motion to reduce sentence pursuant to 18 U.S.C. § 3582(c)(2), because of unanticipated difficulties in obtaining the sentencing transcript.  Counsel for plaintiff, Assistant U.S. Attorney Anne E. Pings, graciously indicated

/ / /

/ / /

/ / /

/ / /

/ / /

1  that she has no objection to the proposed schedule.

2  Dated:  May 6, 2008

3                              Respectfully submitted,

4                              DANIEL J. BRODERICK
                                Federal Defender

5

6                                 /s/ *David M. Porter*
                                DAVID M. PORTER
7                               Assistant Federal Defender

8                               Attorney for Movant
                                DAVID TALCOTT USSERY
9

10                                 O R D E R

11      For the reasons set forth above, and good cause appearing

12  therefor, the Court modifies the briefing schedule as follows:

13      Amended Motion:         Due June 10, 2008

14      Government Response:    Due June 24, 2008

15      Reply:                  Due July 1, 2008

16      Hearing:                July 8, 2008 at 9:30AM.

17      IT IS SO ORDERED.

18  Dated: May 8, 2008

19
                                    _____
20                                  LAWRENCE K. KARLTON
                                    SENIOR JUDGE
21                                  UNITED STATES DISTRICT COURT

22

23

24

25

26

27

28

REQUEST TO MODIFY SCHEDULING ORDER
                                -2-