```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  DAVID M. PORTER, Bar #127024
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    DAVID TALCOTT USSERY
 6

 7
```

8               IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,      ) No. Cr. S 05-34 LKK
   |                                )
12 |           Plaintiff,           ) **STIPULATION AND ORDER TO REDUCE**
   |                                ) **SENTENCE PURSUANT TO 18 U.S.C.**
13 |      v.                        ) **§ 3582(c)(2)**
   |                                )
14 | DAVID TALCOTT USSERY,          ) <u>**RETROACTIVE CRACK COCAINE**</u>
   |                                ) <u>**REDUCTION CASE**</u>
15 |           Defendant.           )
   |                                )
16 | _____)

17        Defendant, DAVID TALCOTT USSERY, by and through his attorney,

18   Assistant Federal Defender David M. Porter, and plaintiff, UNITED

19   STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney

20   MARY L. GRAD, hereby stipulate as follows:

21        1.   Pursuant to 18 U.S.C. § 3582(c)(2), this court may reduce the

22   term of imprisonment in the case of a defendant who has been sentenced

23   to a term of imprisonment based on a sentencing range that has

24   subsequently been lowered by the Sentencing Commission pursuant to 28

25   U.S.C. § 994(o);

26        2.   The sentencing range applicable to Mr. Ussery was

27   subsequently lowered by the United States Sentencing Commission in

28   Amendment 706 by two levels;

1       3.   Accordingly, Mr. Ussery's offense level has been reduced, and
2  an appropriate sentence within the new guideline range considering the
3  factors set forth in 18 U.S.C. § 3553(a) would be 143 months;
4       4.   Mr. Ussery merits a reduction in his sentence based on the
5  factors listed in 18 U.S.C. § 3553(a), as well as considerations of
6  public safety and Mr. Ussery's positive post-sentencing conduct;
7       5.   Accordingly, the parties request the court to enter the order
8  lodged herewith reducing Mr. Ussery's term of imprisonment to 143
9  months.
10 Dated:  May 15, 2008
11 Respectfully submitted,

12 McGREGOR SCOTT                      DANIEL J. BRODERICK
   United States Attorney              Federal Defender
13
14
     /s/ *Anne E. Pings*                  /s/ *David M. Porter*
15 ANNE E. PINGS                       DAVID M. PORTER
   Assistant U.S. Attorney             Assistant Federal Defender
16
   Attorney for Plaintiff              Attorney for Movant
17 UNITED STATES OF AMERICA            DAVID TALCOTT USSERY

18                                **ORDER**

19    This matter came before the Court on the pro se motion of the
20 defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2)
21 filed on March 10, 2008.  The motion is set for hearing on July 8,
22 2008, but because the parties have stipulated to the resolution, the
23 matter is taken off calendar.
24    On September 12, 2006, this Court sentenced Mr. Ussery to a term
25 of imprisonment of 165 months.  The parties agree, and the Court finds,
26 that Mr. Ussery is entitled to the benefit of the retroactive amendment
27 reducing crack cocaine penalties, and that an appropriate sentence
28 within the new guideline range in light of the factors set forth in 18

STIPULATION AND ORDER TO REDUCE SENTENCE
-2-

1  U.S.C. § 3553(a) would be 143 months.
2       IT IS HEREBY ORDERED that the term of imprisonment originally
3  imposed is reduced to 143 months.
4       IT IS FURTHER ORDERED that all other terms and provisions of the
5  original judgment remain in effect.
6       Unless otherwise ordered, Mr. Ussery shall report to the United
7  States Probation office closest to the release destination within
8  seventy-two hours after his release.
9  Dated:  May 22, 2008

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

STIPULATION AND ORDER TO REDUCE SENTENCE
-3-