# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| **DAVID TALCOTT USSERY** ) | Case No: 2:05CR00034-03 |
| ) | USM No: 15710-097 |
| Date of Previous Judgment: September 12, 1996 ) | David Porter, Assistant Federal Defender |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of  ✔ the defendant  ❒ the Director of the Bureau of Prisons  ❒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
❒ DENIED.  ✔ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __165__ months **is reduced to** __143 months__.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 32 | Amended Offense Level: | 32 |
| Criminal History Category: | VI | Criminal History Category: | VI |
| Previous Guideline Range: | 210 to 262 months | Amended Guideline Range: | 210 to 262 months |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
❒ The reduced sentence is within the amended guideline range.
✔ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
❒ Other (explain):

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated __09/12/1996__ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: __05/22/2008__

*[signature: Lawrence K. Karlton]*
Judge's signature

Effective Date: ____
(if different from order date)

Lawrence K. Karlton, United States District Judge
Printed name and title