DANIEL J. BRODERICK, Bar #89424
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
DAVID TALCOTT USSERY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. Cr. S 05-34 LKK |
| Plaintiff, ) | **STIPULATION AND [lodged] ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)** |
| v. ) | |
| DAVID TALCOTT USSERY, ) | **RETROACTIVE CRACK COCAINE REDUCTION CASE** |
| Defendant. ) | |

Defendant, DAVID TALCOTT USSERY, by and through his attorney, Assistant Federal Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney PHILLIP A. TALBERT, hereby stipulate as follows:

1. Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

2. On September 12, 2006, this Court sentenced Mr. Ussery to a term of imprisonment of 165 months;

3. On May 15, 2008, the parties filed a stipulation to reduce

1  Mr. Ussery's sentence to 143 months;

2     4.   On May 22, 2008, the Court issued an order reducing Mr.
3  Ussery's sentence to 143 months;

4     5.   The total offense level applicable to Mr. Ussery was
5  subsequently lowered by the United States Sentencing Commission in
6  Amendment 750, and an appropriate sentence within the new guideline
7  range considering the factors set forth in 18 U.S.C. § 3553(a) would be
8  121 months;

9     6.   Mr. Ussery merits a reduction in his sentence based on the
10 factors listed in 18 U.S.C. § 3553(a), as well as considerations of
11 public safety and Mr. Ussery's positive post-sentencing conduct;

12    7.   Accordingly, the parties request the court enter the order
13 lodged herewith reducing Mr. Ussery's term of imprisonment to 121
14 months.  At such time as the Court approves this stipulation, Mr.
15 Ussery agrees to the dismissal of his pro se motion filed November 28,
16 2011.

17 Dated:  December 7, 2011

18 Respectfully submitted,

19 BENJAMIN B. WAGNER                DANIEL J. BRODERICK
   United States Attorney            Federal Defender
20

21
    /s/ *Phillip A. Talbert*            /s/ *David M. Porter*
22 PHILLIP A. TALBERT                DAVID M. PORTER
   First Assistant U.S. Attorney    Assistant Federal Defender
23
   Attorney for Plaintiff            Attorney for Movant
24 UNITED STATES OF AMERICA          DAVID TALCOTT USSERY

25                              **ORDER**

26    This matter came before the Court on the pro se motion of the
27 defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2)
28 filed on November 28, 2011.

STIPULATION AND ORDER TO REDUCE SENTENCE
-2-

On September 12, 2006, this Court sentenced Mr. Ussery to a term of imprisonment of 165 months. On May 22, 2008, the Court resentenced Mr. Ussery pursuant to 143 months to the parties' stipulation.

The parties agree, and the Court finds, that Mr. Ussery is entitled to the benefit of the retroactive amendment reducing crack cocaine penalties, and that an appropriate sentence within the new guideline range in light of the factors set forth in 18 U.S.C. § 3553(a) would be 121 months.

IT IS HEREBY ORDERED that the term of imprisonment originally imposed is reduced to 121 months.

IT IS FURTHER ORDERED that the pro se motion filed November 28, 2011 is DISMISSED;

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect.

Unless otherwise ordered, Mr. Ussery shall report to the United States Probation office closest to the release destination within seventy-two hours after his release.

Dated:   December 8, 2011

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

STIPULATION AND ORDER TO REDUCE SENTENCE
-3-