AO 247 (Rev. 11/11)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)    Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Eastern District of California

United States of America )
v. )
**DAVID TALCOTT USSERY** )  Case No: 2:05CR00034-03
)
) USM No: 15710-097
Date of Original Judgment: 09/18/2006 )
Date of Previous Amended Judgment: 05/27/2008 ) David Porter, Assistant Federal Defender
*(Use Date of Last Amended Judgment if Any)*  *Defendant's Attorney*

**ORDER REGARDING MOTION FOR SENTENCE REDUCTION
PURSUANT TO 18 U.S.C. § 3582(c)(2)**

Upon motion of  ✓ the defendant  ❏ the Director of the Bureau of Prisons  ❏ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
❏ DENIED.  ✓ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  143  months **is reduced to**  121  .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated  09/12/2006  shall remain in effect.
**IT IS SO ORDERED**.

Order Date: December 9, 2011

*Judge's signature*

Effective Date: _____   Lawrence K. Karlton, United States District Judge
*(if different from order date)*   *Printed name and title*