AO 247 (Rev. 11/11)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)          Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| **DAVID TALCOTT USSERY** | ) |
| | ) |
| Date of Original Judgment: _____09/18/2006_____ | ) |
| Date of Previous Amended Judgment: _12/09/2011_ | ) |
| *(Use Date of Last Amended Judgment if Any)* | |

Case No:   2:05CR00034-03

USM No:   15710-097

David Porter, Assistant Federal Defender
*Defendant's Attorney*

### ORDER REGARDING MOTION FOR SENTENCE REDUCTION
### PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of   ✓ the defendant  ❑ the Director of the Bureau of Prisons  ❑ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

❑ DENIED.   ✓ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____121_____ months **is reduced to** _____100_____ .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated _____09/12/2006_____ shall remain in effect.
**IT IS SO ORDERED**.

Order Date:   _____August 28,  2012_____

_____
*Judge's signature*

Effective Date:   _____
*(if different from order date)*

Lawrence K. Karlton, United States District Judge
*Printed name and title*