```
HEATHER E. WILLIAMS
Federal Defender
ANGELES ZARAGOZA, #270198
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
DAVID TALCOTT USSERY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>            Plaintiff,  )<br>  )<br>      v.  )<br>  )<br>DAVID TALCOTT USSERY  )<br>  )<br>            Defendant.  )<br>  )<br>_____ ) | NO. 2:05-CR-00034-03 LKK<br><br>**RELEASE ORDER**<br><br><br>JUDGE:  Hon. Lawrence K. Karlton |

Defendant DAVID TALCOTT USSERY was sentenced on July 9, 2013 to time served with a period of 120 days in a Community Correction Center as a special condition of release.

IT IS HEREBY ORDERED that the defendant be released from custody from the Sacramento County Jail on July 11, 2013, at 9:00 a.m. and voluntary surrender to the halfway house on that date to Taylor Street CCC in San Francisco, California.  The defendant will be escorted by the Federal Defenders Office to the Magabus Station for travel from Sacramento to Taylor Street CCC in San Francisco, California.

Dated: July 10, 2013

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT