```
BENJAMIN B. WAGNER
United States Attorney
JUSTIN L. LEE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 2:05-CR-00034-LKK |
| | ) |
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER RECALLING |
| v. | ) BENCH WARRANT AND ISSUING |
| | ) SUMMONS TO APPEAR |
| DAVID TALCOTT USSERY, | ) |
| | ) |
| | ) Judge: Hon. Lawrence K. Karlton |
| Defendant. | ) |
| | ) |
| | ) |

## **STIPULATION**

The United States, by and through its undersigned counsel, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1. On July 9, 2013, the defendant appeared before the Court on a supervised release violation petition.  The Court sentenced the defendant to a term of imprisonment of time served and a fifty-two-month term of supervised release.

2. On November 4, 2013, the Probation Officer filed a supervised release violation petition and requested that the Court issue a

///

Stipulation to Recall Bench Warrant          1                  United States v. Ussery

bench warrant for the defendant's arrest.  That same day, the Court issued a bench warrant for the defendant's arrest.

3. On November 11, 2013, the defendant was encountered by the San Francisco Police Department at a hospital in San Francisco.  The defendant was in the hospital on account of a heart condition that required in-patient medical treatment.

4. The San Francisco Police Department notified the United States Marshals Service and the Marshals Service took custody of the defendant.  The Marshals Service has exercised twenty-four-a-day custody of the defendant since Monday, November 11.

5. As of November 15, 2013, the defendant remains in the hospital and is unlikely to be discharged until late next week.

6. Given the defendant's medical condition and the need for in-patient medical treatment that is not immediately available in an in-custody setting, the parties request that the Court recall the bench warrant and instead issue a summons commanding the defendant's appearance on Monday, December 2, 2013, at 2:00 p.m. before Magistrate Judge Carolyn K. Delaney.

7. The Federal Defender's Office previously represented the defendant and requests that they be re-appointed in this case.

8. The Probation Officer does not join this stipulation, however, the Probation Officer will not oppose the stipulation.

**IT IS SO STIPULATED.**


DATED: November 15, 2013        /s/ Justin L. Lee
                                JUSTIN L. LEE
                                Assistant U.S. Attorney

DATED: November 15, 2013        /s/ Tim Zindel
                                TIM ZINDEL
                                Attorney for David Talcott Ussery
                                (as authorized on November 14, 2013)

Stipulation to Recall Bench Warrant        2        United States v. Ussery

**ORDER**

Pursuant to the parties' stipulation, the bench warrant issued on November 4, 2013 as to defendant David Talcott Ussery is RECALLED. The Clerk is directed to issue a summons commanding defendant Ussery's appearance on Monday, December 2, 2013, at 2:00 p.m. before Magistrate Judge Carolyn K. Delaney. Further, the Federal Defender is re-appointed in this case.

DATED: November 15, 2013

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT