```
1  BENJAMIN B. WAGNER
   United States Attorney
2  JUSTIN L. LEE
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 2:05-CR-00034-LKK |
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER |
| | ) CONTINUING INITIAL APPEARANCE |
| DAVID TALCOTT USSERY, | ) |
| | ) Judge: Hon. Carolyn K. Delaney |
| Defendant. | ) |

**STIPULATION**

The United States, by and through its undersigned counsel, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1. By prior order, this matter was set for an Initial Appearance on December 2, 2013.
2. By this Stipulation, the parties now move to continue the Initial Appearance until December 16, 2013.
3. Since November 11, 2013, the defendant has been receiving medical treatment in San Francisco.  The defendant is currently receiving inpatient care in a skilled nursing facility in San

Francisco.  The parties have been informed that the defendant will not be medically cleared to travel to Sacramento on December 2, 2013.

4. Given the defendant's medical condition and the need for in-patient medical treatment, the parties request that the Court continue the defendant's Initial Appearance until Monday, December 16, 2013, at 2:00 p.m. before Magistrate Judge Allison Claire.

5. The Probation Officer does not oppose the stipulation.

**IT IS SO STIPULATED**.

DATED: December 2, 2013      /s/ Justin L. Lee
                             JUSTIN L. LEE
                             Assistant U.S. Attorney

DATED: December 2, 2013      /s/ Tim Zindel
                             TIM ZINDEL
                             Attorney for David Talcott Ussery
                             (as authorized on December 2, 2013)

### ORDER

IT IS SO FOUND AND ORDERED, this _2nd_ day of December, 2013.


                             /s/ Carolyn K. Delaney
                             Hon. CAROLYN K. DELANEY
                             United States Magistrate Judge