HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org

Attorney for Defendant
DAVID USSERY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:05-CR-0034 LKK |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER RE RELEASE TO RESIDENTIAL DRUG TREATMENT** |
| DAVID USSERY, | |
| Defendant. | Judge: Hon. Carolyn K. Delaney |

It is hereby stipulated and agreed between plaintiff, United States of America, and defendant, David Ussery, that Mr. Ussery's motion for release to residential drug treatment filed February 11, 2014, may be granted.  The parties ask that the Court issue the order below releasing Mr. Ussery before 9:00 a.m. on Thursday, February 13, 2014.  Release may be to the probation officer, to the U.S. Marshal, or otherwise, but defense counsel has advised Mr. Ussery to report directly to the

-1-

probation office at 501 I Street, Sacramento, to meet with his probation officer and to be transported to the residential drug treatment program at The Effort.  Probation advises it is able to provide transportation.  The order should further provide:

> You shall participate in the substance/alcohol abuse treatment program at The Effort, Inc., inpatient facility, and comply with all the rules and regulations of the program. You shall remain at The Effort, Inc., inpatient facility at 1550 Juliesse Avenue, Sacramento, California, until released by the probation officer.  A responsible party, approved by probation, shall escort you to all required court hearings and escort you back to The Effort upon completion of the hearing.

All other conditions of supervised release shall remain in effect.  Defense counsel will review the proposed order and conditions with Mr. Ussery today, February 12.

                                    Respectfully Submitted,

                                    HEATHER E. WILLIAMS
                                    Federal Defender

Dated:  February 12, 2014     /s/ T. Zindel
                              TIMOTHY ZINDEL
                              Assistant Federal Defender
                              Attorney for DAVID USSERY


                                    BENJAMIN B. WAGNER
                                    United States Attorney

Dated:  February 12, 2014     /s/ T. Zindel for J. Lee
                              JUSTIN LEE
                              Assistant U.S. Attorney

**O R D E R**

Mr. Ussery's motion for release filed February 11, 2014, is hereby GRANTED and Mr. Ussery is ordered released effective Thursday, February 13, 2014, by 9:00 a.m., and shall immediately report to the Probation Office at 501 I Street for transportation to The Effort.  Mr. Ussery shall participate in the substance/alcohol abuse treatment program at The Effort, Inc., inpatient facility, and comply with all the rules and regulations of the program.  He shall remain at The Effort, Inc., inpatient facility at 1550 Juliesse Avenue, Sacramento, California, until released by the probation officer.  A responsible party approved by probation shall escort him to all required court hearings and escort him back to The Effort upon completion of the hearing.  All other conditions of supervised release shall remain in effect.  Defense counsel shall review all conditions of release with Mr. Ussery no later than the close of business on February 12, 2014.

   IT IS SO ORDERED.

Dated:   February 12, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE