HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org

Attorney for Defendant
DAVID USSERY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>        vs.<br><br>DAVID USSERY,<br><br>    Defendant. | Case No. 2:05-CR-0034 LKK<br><br>**STIPULATION AND ORDER CONTINUING HEARING ON VIOLATION PETITION**<br><br>Date:  February 20, 2014<br>Time:  9:15 a.m.<br>Judge: Hon. Lawrence K. Karlton |

It is hereby stipulated and agreed between plaintiff, United States of America, and defendant, David Ussery, that the hearing scheduled for February 20, 2014, on the superseding violation petition (filed January 6, 2014) may be continued to May 6, 2014, at 9:15 a.m.

On February 12, 2014, at the request of the parties and with the concurrence of the probation officer, the Magistrate Judge ordered Mr. Ussery released to residential drug treatment

-1-

at The Effort in Sacramento. Mr. Ussery began the program yesterday. The parties and the probation office have agreed to hold proceedings on the violation petition in abeyance in order to afford Mr. Ussery an opportunity to complete the program. Because his participation in the program will likely effect the ultimate disposition on the violation petition, the parties ask to continue the hearing to May 6, 2014.

                                        Respectfully Submitted,

                                        HEATHER E. WILLIAMS
                                        Federal Defender

Dated:   February 14, 2014     /s/ T. Zindel
                                        TIMOTHY ZINDEL
                                        Assistant Federal Defender
                                        Attorney for DAVID USSERY

                                        BENJAMIN B. WAGNER
                                        United States Attorney

Dated:   February 14, 2014     /s/ T. Zindel for J. Lee
                                        JUSTIN LEE
                                        Assistant U.S. Attorney

**O R D E R**

For the reasons state above, hearing on the violation petition is continued to May 6, 2014, at 9:15 a.m.

IT IS SO ORDERED.

Dated:   February 19, 2014

*/s/ Lawrence K. Karlton*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT